AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 07cv10694 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Great American Technologies, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/18/2008 | *Bridget Rohde* (signature) |
| Date | Signature |
| | Bridget Rohde — BR-4694 |
| | Print Name — Bar Number |
| | 666 Third Avenue Mintz Levin Cohn Ferris Glovsky & Popeo |
| | Address |
| | New York, NY |
| | City — State — Zip Code |
| | (212) 935-3000 — (212) 983-3115 |
| | Phone Number — Fax Number |