UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

-v-

GREAT AMERICAN TECHNOLOGIES, INC., and VINCENT SETTEDUCATE

Defendant.

Case No. 07cv10694 (DC)

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Great American Technologies, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 1/18/2008

Signature of Attorney: *Budgt Rohde*

**Attorney Bar Code:** BR-4694

Form Rule7_1.pdf  SDNY Web 10/2007