UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                            *
  Securities & Exchange Commission
                                                                              07 CV10694 (DC)
                                                            *
            -against-                                                NOTICE OF APPEARANCE
                                                            *
  Great American Technologies, Inc.
  And Vincent Setteducate a/k/a Vincent
    Sette                                                *
                                                            *
_____


To: James M. Parkinson, Clerk

Sir: You are hereby notified that I appear for the defendant Vincent Setteducate in above in the entitled action.


    I was admitted to practice in this Court in March, 1970.

Dated: New York, New York

    January 18, 2007

                                              _____/s/_____

                                          Martin R. Stolar (MS 1576)
                                          351 Broadway
                                          New York, NY 10013
                                          212-219-1919
                                          mrslaw37@hotmail.com
                                          (Fax) 212-941-0980