**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/08
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    v.

GREAT AMERICAN TECHNOLOGIES, INC.
and VINCENT SETTEDUCATE a/k/a VINCENT
SETTE,

                Defendants.

07 CV 10694 (DC)

**STIPULATION AND ORDER**

It is hereby stipulated by and between Plaintiff Securities and Exchange Commission and Defendant Vincent Setteducate, through their undersigned counsel of record that the time for Mr. Setteducate to move, answer or otherwise respond to the Complaint is extended from December 20, 2007 to February 15, 2008.

Dated: January 18, 2008
New York, New York

_____
Martin R. Stolar (MRS)
Attorney for Defendant Vincent Setteducate
351 Broadway
New York, NY 10013
(212) 219-1919

_____
William Finkel (WF-1782)
Attorney for Plaintiff
Securities & Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281
(212) 336-0068
finkelw@sec.gov

SO ORDERED

_____
United States District Judge
Denny Chin      1/22/08