AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

___SOUTHERN___    DISTRICT OF    ___NEW YORK___

**APPEARANCE**

Case Number: 07cv10694 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Great American Technologies, Inc.

I certify that I am admitted to practice in this court.

| 1/29/2008 | *[signature]* |
|---|---|
| Date | Signature |

Narges M. Kakalia
Print Name                                                                 Bar Number

Mintz Levin    666 Third Ave,
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

(212) 935-3000                    (212) 983-3115
Phone Number                                                             Fax Number