# MEMO ENDORSED



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

v.

GREAT AMERICAN TECHNOLOGIES, INC.
and VINCENT SETTEDUCATE a/k/a VINCENT
SETTE,

                 Defendants.

07 CV 10694 (DC)

**STIPULATION AND ORDER**

---

It is hereby stipulated by and between Plaintiff Securities and Exchange Commission and Defendant Great American Technologies, Inc., through their undersigned counsel of record that the time for Great American Technologies, Inc. to move, answer or otherwise respond to the Complaint is extended from February 15, 2008 to February 22, 2008.

Dated: February 15, 2008
       New York, New York

_____
Bridget M. Rohde (BMR-4694)
Attorney for Defendant
Great American Technologies, Inc.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C.
666 Third Avenue
New York, NY 10017
(212) 692-6883

_____
William Finkel (WF-1782)
Attorney for Plaintiff
Securities & Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281
(212) 336-0068
finkelw@sec.gov

SO ORDERED

_____
United States District Judge
Denny Chin

2/21/08