Bridget M. Rohde (brohde@mintz.com)
Narges M. Kakalia (nmkakalia@mintz.com)
MINTZ LEVIN COHN FERRIS
 GLOVSKY & POPEO, PC
666 Third Avenue
New York, NY 10017
(212) 935-3000
(212) 983-3115 (fax)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------)
SECURITIES AND EXCHANGE COMMISSION,   )   07 CV 10694 (DC)
                                      )
                    Plaintiff,        )
                                      )
                                      )
            v.                        )   **DEMAND FOR JURY TRIAL**
                                      )
GREAT AMERICAN TECHNOLOGIES, INC.     )
and VINCENT SETTEDUCATE a/k/a VINCENT SETTE, )
                                      )
                    Defendants.       )
------------------------------------------------------------)

The Defendant, by its attorneys Mintz Levin Cohn Ferris Glovsky & Popeo, P.C., hereby demands a jury trial on all issues triable by jury.

*/s/ Bridget Rohde*
Bridget M. Rohde
Narges M. Kakalia
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
The Chrysler Center
666 Third Avenue
New York, New York  10017
212-935-3000
212-983-3115 (Fax)

*Attorneys for Defendant, Great American Technologies, Inc.*

4270935v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I served the DEMAND FOR JURY TRIAL of GREAT AMERICAN TECHNOLOGIES, INC. by depositing same in prepaid first class mail addressed to:

>Securities and Exchange Commission
>Mark K. Schonfeld, Esq.
>Kay Lackey, Esq.
>Robert Murphy, Esq.
>William Finkel, Esq.
>New York Regional Office
>3 World Financial Center, Room 4300
>New York, NY 10281
>
>and
>
>Martin A. Stolar, Esq.
>351 Broadway
>New York, NY 10013

Dated: New York, New York
March 3, 2008

_____/s/_____
Narges M. Kakalia