**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon
Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

------------------------------x
S.E.C.,

        Plaintiff(s),             07   Civ.   10694   (DC)

   - against -

Great American Technologies, Inc.
Vincent Setteducate,

        Defendant(s).
------------------------------x

       The above-captioned action has been assigned to Judge Denny Chin.

       Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

       This conference will be held on April 4, 2008 at 12:00 P.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

       **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:     New York, New York
             March 11, 2008

                                                                   Sincerely,

                                                                   David Tam
                                                                   Courtroom Deputy Clerk
                                                                   U.S.D.C. - S.D.N.Y.
                                                                   500 Pearl Street, Rm. 1020
                                                                   New York, New York 10007
                                                                   (212) 805-0096