```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/8
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION, :

      Plaintiff,  :  **ORDER**

  - against -     :  07 Civ. 10694 (DC)

GREAT AMERICAN TECHNOLOGIES, INC., :
and VINCENT SETTEDUCATE, a/k/a
"Vincent Sette,"       :

      Defendants. :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

    On March 31, 2008, the Government submitted to the Court a non-party motion to intervene and for an order staying discovery in this action pending completion of related criminal proceedings against Vincent Setteducate. The Government informed the Court that neither the Securities Exchange Commission nor defendants oppose its motion.

    The motion is GRANTED and discovery in this matter is stayed until the disposition of the parallel criminal case. The civil conference previously scheduled for April 4, 2008 is adjourned indefinitely.

    The Clerk of the Court is directed to docket the Government's above-mentioned motion, and accompanying affirmation and memorandum of law, which are attached to this order.

    SO ORDERED.

Dated: New York, New York
    April 1, 2008

                 _____
                  DENNY CHIN
                  United States District Judge