```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,           :     ORDER

        - against -                  :     07 Civ. 10694 (DC)

GREAT AMERICAN TECHNOLOGIES, INC.,   :
and VINCENT SETTEDUCATE a/k/a
VINCENT SETTE,                       :

                Defendants.          :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-09

**CHIN, District Judge**

The Court held a conference in this case today and ruled as follows:

(1) Defendant Vincent Setteducate shall meet his obligations to his attorney, Martin Stolar, by May 29, 2009. If he fails to do so, Mr. Stolar's application to withdraw as counsel will be granted, and Mr. Setteducate will be required to proceed pro se. Mr. Stolar shall forward a copy of this Order to Mr. Setteducate.

(2) Mr. Setteducate shall respond -- either through counsel or pro se -- to all of plaintiff Securities and Exchange Commission's ("SEC") outstanding discovery requests by June 19, 2009.

(3) The motion by the SEC for a default judgment against defendant Great American Technologies, Inc. ("GAT") is denied as moot, as GAT is now represented by counsel.

(4) GAT shall provide initial disclosures to the SEC and respond to all outstanding discovery requests by June 5, 2009.

(5)  All discovery, fact and expert, shall be completed by October 2, 2009.  The Court will hold a conference that same day at 10:00 a.m.

(6)  The conference scheduled for July 10, 2009 is cancelled.

SO ORDERED.

Dated:  New York, New York
        May 15, 2009

                                    _____
                                    DENNY CHIN
                                    United States District Judge